JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH CONNER SCOTT, | Case No. CV 20-5034 FMO (MAAx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KIM QUALLS, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 9th day of August, 2021.

*Fernando M. Olguin*
Fernando M. Olguin
United States District Judge